Prepared by State Reporter from Appeal Papers

*Murray G. Jenkins, William Dike Reed* and *William B. Shelton* for appellant.

*Harold R. Medina* and *Sol Gelb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MIRIAM G. MILLER, Appellant, *v.* THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Defendant, and IRVING MILLER et al., Respondents.

*Insurance — insolvency — liens — payment of premiums in excess of $500 on life insurance policies payable to wife — death of insured insolvent — liens of creditors on policy.*

*Miller* v. *Penn Mutual Life Ins. Co.*, 218 App. Div. 764, affirmed. (Argued April 5, 1927; decided May 3, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1926, unanimously affirming a judgment in favor of defendants-respondents, entered upon a decision of the court at a Trial Term without a jury. Plaintiff was beneficiary of a policy of insurance on the life of her husband who had died insolvent. Premiums paid on policies on the life of deceased exceeded $500 per annum, and the proceeds of policies purchased by the excess, including the one in litigation, were subject to the lien of creditors. Defendant insurance company paid the amount due into court and the question litigated was whether there were liens on the policy in favor of defendants-respondents as claimed.

*Mark W. Norman* for appellant.

*Alfred Ekelman* for Irving Miller, respondent.

*Jacob L. Holtzmann* and *Jacob Krisel* for Sol. Miller et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.